PARKER, Respondent, v. VAN VECHTEN, Appellant. (Supreme Court, Appellate

Division, Third Department. July 6, 1898.) Action by Robert Parker, Jr., against Abram Van Vechten. No opinion. Judgment and order affirmed, with costs.